IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company as trustee for the register holders of Saxon Asset Securities Trust 2007-3 mortgage loan asset backed certificates, series 2007-3 | CASE NUMBER: 1:10-cv-5924 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Charles R. Norgle, Sr. |
| Timothy A. Spradling, Jennifer Spradling, Beneficial Illinois, Inc. dba Beneficial Mortgage Co. of Illinois, State of Illinois, Department of Revenue, United States of America, Internal Revenue Service | MAGISTRATE JUDGE: Nan R. Nolan |
| DEFENDANT(S). | |

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

The South 32 feet of the East Half of Lot 2 and all lot 3 in Block 6 in Allen's Addition to Ottawa, in the City of Ottawa; all situated in LA SALLE COUNTY, ILLINOIS.
Commonly known as 1413 Porter St., Ottawa, IL 61350
Property Index No. 21-01-309-007 & 21-01-309-011

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant, Timothy A. Spradling

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is granted a deficiency judgment in the amount of $30,653.08 against Defendant, Timothy A. Spradling ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

Deutsche Bank National Trust Company as Trustee for the register holders of Saxon Asset Securities Trust 2007-3 Mortgage Loan Asset Backed Certificates, Series 2007-3
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15-1701;

That the Sheriff of La Salle County is directed to evict and dispossess Timothy A. Spradling and Jennifer Spradling from the premises commonly known as 1413 Porter St., Ottawa, IL 61350

The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FUTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: 1/9/2012                                      Entered: _____
                                                              Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, Illinois 60606
(219) 769-1313